**Robert Earl VANCE, Plaintiff—Appellant,**

v.

**Nfn IRBY, Officer; Nfn Rhodes, Sergeant; J. Williams, Sergeant; Officer McDaniel, Defendants—Appellees,**

and

**Perry Correctional Institution, Defendant.**

**No. 05–6522.**

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 22, 2005.

Decided Dec. 7, 2005.

Robert Earl Vance, Appellant Pro Se. William Benson Darwin, Jr., Ginger Dee Goforth, Holcombe, Bomar, Gunn & Bradford, P.A., Spartanburg, South Carolina, for Appellees.

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Earl Vance appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Vance v. Irby,* No. CA–03–3826–8–27 (D.S.C. Mar. 29, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*